**Appeal Reinstated and Order filed March 27, 2014.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-13-00667-CV

_____

### ARTHUR F. PRESTON, INDIVIDUALLY AND AS TRUSTEE OF THE ARTHUR F. PRESTON TRUST UTA DATED MARTCH 1, 1988, Appellant

### V.

### STEPHANIE ANN PRESTON, Appellee

**On Appeal from the 284th District Court**
**Montgomery County, Texas**
**Trial Court Cause No. 11-11-12525 CV**

## ORDER

On December 12, 2013, the parties filed a joint motion to abate the appeal to permit them to effectuate a settlement. We granted the motion and ordered the appeal abated until **March 14, 2014**. We ordered that if the parties were successful in their settlement negotiations, they were to file a motion to dismiss the appeal,

other dispositive motion, or a motion for additional time to file the dispositive motion, within **ten days** from the conclusion of the abatement period. Our order also permitted any party to file a motion to extend the abatement period to finalize a settlement. If no settlement agreement was reached, appellant was required to file his brief at the end of the abatement period.

To date, no motion to dismiss the appeal or motion to extend the abatement period has been filed. Accordingly, we **ORDER** the appeal **REINSTATED.** Appellant's brief shall be due on or before **April 24, 2014.**

PER CURIAM